UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HD SUPPLY HOLDINGS, INC., JOSEPH J. DEANGELO, and EVAN J. LEVITT,<br><br>    Defendants. | CIVIL ACTION NO. 1:17-CV-02587-ELR |
| OBIOMA EBISIKE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HD SUPPLY HOLDINGS, INC., JOSEPH J. DEANGELO, and EVAN J. LEVITT,<br><br>    Defendants. | CIVIL ACTION NO. 1:17-CV-02984-ELR |

**CONSOLIDATION AND**
**EARLY CASE SCHEDULING ORDER**

This cause comes before the Court on the Joint Motion for Consolidation

and Entry of Early Case Scheduling Order filed by Lead Plaintiff movants the City Pension Fund for Firefighters & Police Officers in the City of Miami Beach, Pembroke Pines Pension Fund for Firefighters and Police Officers, and Hollywood Police Officers' Retirement System (collectively, hereinafter, the "South Florida Pension Funds") and Defendants HD Supply Holdings, Inc., Joseph J. DeAngelo, and Evan J. Levitt (collectively, "Defendants"). Good cause appearing to grant the relief requested therein, IT IS HEREBY ORDERED as follows:

    i.    The actions styled *City of Hollywood Police Officers' Retirement System v. HD Supply Holdings, Inc., et al.*, Case No. 1:17-cv-02587-ELR and *Ebisike v. HD Supply Holdings, Inc., et al.*, Case No. 1:17-cv-02984-ELR are hereby consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

    ii.    The Clerk of Court shall administratively close Case No. 1:17-cv-02984-ELR, and all future filings in the consolidated action shall be made in Case No. 1:17-cv-02587-ELR, under the following caption:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE HD SUPPLY HOLDINGS, INC. SECURITIES LITIGATION | Consolidated Case No. 1:17-cv-02587-ELR |

    iii.    No plaintiff, nor any of the South Florida Pension Funds, shall be required to respond to Defendants' pending motions to dismiss before November 16, 2017;

    iv.    Lead Plaintiff(s)[1] shall file either (i) an amended complaint or (ii) a response to Defendants' pending motions to dismiss by November 16, 2017;

    v.    In the event that an amended complaint is filed, Defendants shall have until December 21, 2017 to answer or move to dismiss such amended complaint;

    vi.    In the event that Defendants file a motion to dismiss such amended complaint, Lead Plaintiff(s) shall file any response in opposition to such motion to dismiss on or before February 1, 2018;

---

[1] The Court will address the appointment of Lead Plaintiff(s) pursuant to 15 U.S.C. § 78u-4(a)(3) by separate order.

vii. Defendants shall file any reply in support of the motion to dismiss on or before February 22, 2018;

viii. In the event that the Defendants' motion to dismiss is denied, Defendants shall file their answer(s) to the amended complaint within 45 days following the entry of such order; and

ix. Within 30 days after any Defendant(s) file their answer(s), the parties shall: (a) hold the early planning conference contemplated by Rule 26(f) of the Federal Rules of Civil Procedure and this Court's Local Rule 16.1; (b) file the Joint Preliminary Report and Discovery Plan contemplated by Rule 26(f)(3) of the Federal Rules of Civil Procedure and this Court's Local Rule 16.2; and (c) exchange the initial disclosures contemplated by Rule 26(a)(1) of the Federal Rules of Civil Procedure and this Court's Local Rule 26.1.

SO ORDERED this 19th day of October, 2017.

HON. ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE