## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE HD SUPPLY HOLDINGS, INC. SECURITIES LITIGATION | CONSOLIDATED CASE NO. 1:17-CV-02587-ELR |

## DECLARATION OF LESTER R. HOOKER IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS AND LIAISON CLASS COUNSEL

I, Lester R. Hooker, Esq., declare as follows pursuant to 28 U.S.C. § 1746:

1.   I am a Director with the law firm Saxena White P.A., Court-appointed Lead Counsel for Lead Plaintiffs City Pension Fund for Firefighters & Police Officers in the City of Miami Beach, Pembroke Pines Pension Fund for Firefighters and Police Officers, and Hollywood Police Officers' Retirement System ("Lead Plaintiffs").

2.   I submit this declaration in support of Lead Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class and Liaison Class Counsel (the "Memorandum").

3. Annexed hereto are true and correct copies of the following documents identified as Exhibits in the accompanying Memorandum, filed herewith:

| Exhibit | Document |
|---|---|
| 1 | The expert report of Michael L. Hartzmark, Ph.D., including Appendices A through F and Exhibits I through X referenced therein. |
| 2 | A true and correct copy of the Saxena White P.A. Firm Resume. |
| 3 | A true and correct copy of the Lindsey & Lacy, PC Firm Resume. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 1, 2019.

*/s/ Lester R. Hooker*
Lester R. Hooker