# EXHIBIT L

Client Id: 77

# THOMSON REUTERS STREETEVENTS
## EDITED TRANSCRIPT
### HDS - HD Supply Holdings Inc at Robert W Baird Global Industrial Conference

EVENT DATE/TIME: NOVEMBER 09, 2016 / 6:30PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



# CORPORATE PARTICIPANTS

**Joe DeAngelo** *HD Supply Holdings, Inc. - Chairman, CEO*

**Evan Levitt** *HD Supply Holdings, Inc. - SVP, CFO*

# CONFERENCE CALL PARTICIPANTS

**David Manthey** *Robert W. Baird & Co., Inc - Analyst*

# PRESENTATION

**David Manthey** *- Robert W. Baird & Co., Inc - Analyst*

My name is Dave Manthey. I'm the Senior Industrial Distribution Research Analyst for Robert W. Baird. HD Supply is one of the largest industrial distributors in North America. The Company provides 800,000 products and value-added services to approximately 500,000 customers via 13,000 associates across 550 locations across 48 states and six Canadian provinces. End markets, I won't go into detail, because I'm sure the management here will. Facilities maintenance, waterworks, and construction and industrial -- hopefully, we'll get some details on that in a minute.

To speak with us about the Company today we have the CEO, Joe DeAngelo, and CFO, Evan Levitt. We also have Charlotte McLaughlin, who is the IR manager here as well. And I'm going to turn it over to Joe, who will go through some slides, talk a little bit about the Company, and we'll go right into Q&A. Joe?

---

**Joe DeAngelo** *- HD Supply Holdings, Inc. - Chairman, CEO*

Great. Well, thanks a lot. Thanks for having me today. It's always an honor and privilege to represent my 14,000 associates at HD Supply. HD Supply, we're expert in three areas. We're expert in maintenance, we're expert in construction, and we're expert in infrastructure. We're a $7.3 billion company that does -- our last trailing 12-month on a Q2 2016 basis. And we also generated $918 million of adjusted EBITDA during that same time period.

Our whole business model is based on operating in North American only, highly fragmented markets, and we position ourselves in leadership positions with a past tradition, number one. We do that by focusing on customer segments very specifically, knowing everything about that customer, what it takes to make that customer successful, and then delivering perfectly to their needs. So the understanding of their products that they need to select and being perfect in terms of what they need, where they need, when they need that.

We do that through a great team of people and a great portfolio of SKUs that we operate through our supplier partners. We also have national scale and advantage, and that gives us the opportunity to be local but to get the benefits of scale.

Our whole business model is based on talent, though -- talent, talent, talent -- fielding the best expertise in the industry and ensuring we're working together on a cohesive basis to be able to deliver for our customers. So a very specialized business model in MRO, infrastructure, and construction.

To give you a quick update on our execution, our work in facilities maintenance on our supply chain is on track. We're perfectly positioned to enter 2017 and deliver on our commitments of 300 basis points more than market, 1.5 times operating leverage, and 75% cash generation.

We're cautiously optimistic relative to the markets we participate in. There are some mixed signals out there, but at the moment, we're optimistic relative to the way we will enter 2017. We are focused 100% on controllable execution, so consistently delivering 300 basis points more than the market, 1.5 times to 2 times operating leverage, and 75% cash flow conversion from EBITDA. And it's all based on our culture of bringing in the best talent and making that talent better every day for our customers, associates, and our shareholders.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



If you look at the announcement that we put out today, we gave you a look at our third-quarter sales. We just completed our third quarter, so these are preliminary numbers. But from a sales perspective, we delivered $2.008 billion in sales. That's right in the guidance range. Adjusted EBITDA, we delivered $263 million to $264 million. That's right in the guidance range. And we delivered adjusted net income per diluted share of $0.82 to $0.83, which is on the higher end of the guidance range. So our performance is consistent with the guidance we provided, and everything within the business is on track for execution. So thank you, and we'll do Q&A.

QUESTIONS AND ANSWERS

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

All right, very efficient. So as it relates to the performance update, you mentioned that you're on track with the improvements you're making in facilities maintenance. Maybe you could just give us a little more detail on some of the things you're working on and what's happening there.

And then second, any surprises? I know when we got to May, things got a little bit worse than you thought they would. Anything in the last 60 days that is new and interesting?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Yes, we've had nothing new and interesting negative for the surprise basis, so no surprises whatsoever. Our cadence for executing our supply chain improvements and executing our commercial recovery is a 24-hour cadence. So every 24 hours, we get together, we look at every element of the business. Is it tracking the way we'd like it to be tracking? If not, we adjust our execution going forward.

The supply chain execution to date has tracked exactly where we thought it would be, so we're essentially through the balance of the supply chain rebalancing relative to inventory positioning, and we're shifting our focus into optimizing within the four walls of our DCs, so we feel very comfortable that coming into next year, we will consistently be able to deliver in every year forward that 300 basis points of market outgrowth and at a 1.5 operating leverage.

Secondly, if you look at our commercial recovery, we're going door to door with our sales teams and our customers to make sure that we take the benefits from our supply chain. But we have no surprises; we're right on track.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

And the property improvement business, and I would imagine other areas of the business, it's my impression that there were some lapses in sales where you would have hoped to have sales, but you were unable to, and maybe customers were disappointed. Is that what you mean by commercial door to door, that you're going and talking to customers?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Yes, it's actually both on the MRO side and on the property improvement side, making sure that all our customers know that the standard for doing business as the best in the industry is back, and we'll be with you forever, going forward. So you have to have those conversations specifically with each salesperson, with each customer.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Okay, and as it relates to what is being fixed and what's happening here, it was my understanding there was a systems issue and there was an inventory adjustment that needed to happen. Can you address those two individually?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



First, from a systems standpoint, and make sure I understand this, because I've heard some differing stories. Are you putting the new people back on the old system and then, later down the road, converting to SAP? Or are you converting to SAP real time?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Yes, just to be clear, there is no SAP conversion. And so we've been operating SAP as a transactional engine since 2008. There's certain modules within SAP that were not being utilized, like demand planning. Today we're operating a parallel system of the manual system in the past and the SAP demand planning system, so we ensure that when we do a cut-over, we get it right. But there's no system switch that's a cut-over. It's just an operating practice. And so we have belts and suspenders on that.

I think the biggest and best move we did, which is consistent with all Fortune 100 companies, is we combined our category management function and the leadership of that and their inventory planning. So it's contiguous from our line logic all the way down to how the distribution centers get stacked. So we're essentially rebalanced today, and all our demand planning is being done on a manual and a systematic basis so we have a convergence, so we know our demand signal coming into 2017 is accurate.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

And is the beginning of 2017 when those converge and the old system goes away and you do (inaudible)?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Effectively. We'll be 100% executing in 2017 with SAP.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Okay. And the second component of this was an inventory, a lack of inventory, now too much inventory and trying to absorb that into the system, which was related to both a purchasing situation as well as a 3PL. Could you just refresh us on that and tell us where we are today?

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Yes, so if you look at the situation, really, there was an under-ordering in the December timeframe, primarily for import goods because we didn't have great system transparency with the manual processes. And then we had an over-ordering in February, which subsequently clogged all the distribution centers. And our 3PL was a good concept in terms of you need some overflow for your slower-moving product very close to your distribution centers.

What we've found is we've unwound that, and now we operate those overflow facilities with our own personnel, with our own systems, and we've found that's a better process to be able to execute. So we're completely converted over to executing and controlling our own destiny for all elements of the supply chain, for the distribution centers, and all of our demand-planning management is being executed integral to our category management.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

And what was the genesis of trying to go the 3PL route? Now, you're bringing everything back in-house. Was it that you were trying to skip a step in terms of increasing your capacity, that you knew you'd be more efficient down the road?

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Actually, what we're doing is we're using an outsource capacity to be able to allow us to have flexibility within season. And the flexibility we wanted within season was actually to be thick in terms of inventory, so if our demand forecast was wrong, we'd be able to have coverage on it. And we also wanted to have a capability of not having to have slower-moving inventory in the four walls of our operating DCs during season, because it gets in the way.

So it was the right concept in terms of necessity for flexible space; it was the wrong concept relative to working with a operating partner versus operating it ourselves.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Okay. And so this system that's in place right now, or the capacity that's in place right now -- are there any changes as it relates to whether it's a cost to running this new space or depreciation of a building that you had to buy? Is there anything from this point forward that is going to flex up in the P&L, or are all the costs in at this point?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

All the costs are in at this point.

**Evan Levitt** - *HD Supply Holdings, Inc. - SVP, CFO*

Yes, and the cost of those overflow facilities, or additional facilities, will -- we've been experiencing those this year, and those will continue into 2017 and 2018. They're generally three-year operating leases, so they are SG&A costs.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Okay. All right. And then just before we leave this, can you discuss your IT system at HD Supply broadly? I think you have a different system in each of the three divisions. Just talk about your comfort with that, and is it going to change at all in the future?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Yes, so that won't change. So our strategy in HD Supply has always been that we're going to be expert in certain customer segments. And so for every customer segment we look at, there's different customer transactional characteristics that require us to have a best-in-class system.

So, for instance, we operate Mincron in waterworks. There's a lot less volume that goes through there, and it is an expert system in terms of being able to coordinate things like ship direct from a large pipe manufacturer. So that's the system we have on there. It is best in class, and we're on the latest version of that.

We operate an Oracle system in our construction and industrial business -- again, best in class for the size and scope of that business. Execution would operate in both a retail environment, where people are walking in, and a wholesale industrial environment and a jobs direct environment.

And then we have SAP for facilities maintenance, which is the engine required to be able to operate the high level of transactions that we have. So we believe we have the three best systems for specific customer segments, and there's no intention of doing any more ERP configuration or changes. We've got the right stuff.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Okay. I understand within your end markets, the only constant is change, so I'm not going to ask you what's changing. Obviously, everything's changing. But I think the magnitude is important. What people are concerned about right now is, from a new construction standpoint -- multifamily housing, and I know that's not your market -- but is there any overlap there, one; two, waterworks/infrastructure spend, how you're feeling about that; and then three is on the commercial/industrial side. That's probably been the one I've take the most calls on, where people are concerned, is the cycle rolling over? And I know on the last conference call, you mentioned something about some of your target end markets of your 25 key markets, a couple of them had softened a bit, and that created some consternation in the investment community. So could you go through those three categories and just tell us what you're seeing, and is there any reason to be alarmed at this point?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Well, I think you're seeing a natural trailing off of multifamily construction because there has been a high build for several years, and that has been, actually, a good process, because it's required all of the existing apartment owners to not only maintain their facilities, but to upgrade their facilities significantly. But I think that's just a natural process of where the cycle is.

For us, we do participate in that in our construction and industrial business. But the bulk of our construction and industrial business is other major projects that would require flat concrete work and the other 14 trades that we cover. So we don't see a material negative impact coming from that to HD Supply.

On the infrastructure side, look at infrastructure spend is a fantastic thing for HD Supply. I mean, there is no better company positioned, if you're going to build stuff and you're going to get clean water to it, than HD Supply to benefit from that. So bring it on, because we're there, we've been waiting for it for a long time. We'd love to see it.

And if you look at the non-res construction market, absent the multifamily, I think we said last time that we thought that was going to be a mid-single-digit grower, and we also said that we thought there was probably more risk to the downside than the upside on that. We see that, but we don't see a risk to the downside that drops us to be a negative market there. We see it could be a moderation in terms of the growth rate of that market. But we believe we'll enter 2017 with a very solid growth profile, albeit probably a little slower than this year into 2017. We'll give you a much deeper look when we solidify our 2017 outlook in our December earnings call.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Should we be seeing improvement at this point in commodities, underlying commodities prices, mainly in the waterworks business? So I'm thinking about ductile iron or PVC and maybe even in C&I in rebar or something. Have we seen at least a stabilization? Are we seeing a recovery? Because you don't talk a lot about it, and I suspect that your numbers have been depressed slightly by it. Are we seeing any kind of relief there?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Look, I'd love to see it. We've gone through a pretty good deflationary period. I can't tell you there's a lot of signs in terms of a big uptick coming any time soon. But for us, our belief is we operate the business, particularly with commodities, on very tight inventory positions, and we don't speculate. So we don't try and buy early or buy into types of cycles. So we're pretty close to it. It may be stabilizing, but we haven't seen massive inflationary pressures coming through to date.

**Evan Levitt** - *HD Supply Holdings, Inc. - SVP, CFO*

Yes, year over year, commodity prices are still down year over year. Whether they're stabilizing or not, we'll see. We'd love to anniversary the period of the decline in pricing, but we're not there yet.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**David Manthey** *- Robert W. Baird & Co., Inc - Analyst*

Okay. A question from the audience. Curious about competitive environment, both HD and broader competition. Also talk about market share and how it might vary geographically, so a two-part question. And it looks to me like the HD they're talking about here might be Home Depot proper, and that line, apparently.

**Joe DeAngelo** *- HD Supply Holdings, Inc. - Chairman, CEO*

Right. So to look at Home Depot and their line, we haven't experienced any changes in the competitive environment versus Interline being a separate and discrete company. And our job is to operate very simply. We want to capture every unit that's out there, and we want to fill that unit with everything they need to buy and we're still on that strategy. If there is an integrated strategy that creates a different level of competitiveness in the market, we don't care. We're the market leader, and we're going to capture every unit. We're going to fill every unit with everything we have.

**David Manthey** *- Robert W. Baird & Co., Inc - Analyst*

Okay, and then market share. Does it vary geographically?

**Joe DeAngelo** *- HD Supply Holdings, Inc. - Chairman, CEO*

We do have businesses that vary geographically based on market share. The most pronounced one is we have very strong market share positions in the construction and industrial business on the West Coast, which is where the business grew up. And we have very low positions as we enter net new markets like in New York City or Boston, that sort of thing.

So the way we look at it is we have 15 priority districts we go after. We've been very good at actually moving the leadership that built those 20% market share positions and moving them to areas where we have less than 5% but are huge markets. And so we see -- when you asked the question about the market, do we care? -- not so much, because we know when we only have 3% share, we've got plenty of room to go.

**David Manthey** *- Robert W. Baird & Co., Inc - Analyst*

Okay. Leadership at FM. Now, when you took that over, you're a high-energy guy, you had some capacity freed up by selling the power solutions business. And at the time you told me, "That's the way it's going to be." You're not an interim leader. It's going to be for good. Just want to revisit that and make sure that's still the case. And then secondarily, I know you moved Will Stengel over there to shepherd this process to some extent. Is he going to stay there, or is he going to be reallocated elsewhere?

**Joe DeAngelo** *- HD Supply Holdings, Inc. - Chairman, CEO*

Yes, Will would be Chief Operating Officer for Facilities Maintenance. So he has a very big job. He runs all the support functions and all the support execution required for our sales team to be effective. And Steve Margolius is Chief Sales Officer, and he is solely focused on how am I going to grow. So between Will, myself, and Steve, we're the operating entity for facilities maintenance.

Certainly, you have plenty of depth around the team to be able to stand up a facilities maintenance president that isn't me. We won't be doing that until I am very comfortable that the facilities maintenance business is much better than it's ever been, and I would be handing off a business that is a terrific business that just has long-term growth potential without having any snags or delays in making that happen. So that could happen in the future. I'm not saying that won't happen.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



But the thing I'm most proud of is the facilities maintenance team that we have on-field is incredibly scalable today and has an enormous amount of depth. And when you look at that team, they've all come from Fortune 100 businesses. We've had the best of the best from the legacy facilities maintenance business. They all come from top universities. And because we've had a chance to go through a real crisis together, we solidified the team, what would take five years worth of experiences to do, in a five-month time period. And so whoever runs any of the businesses, they will be capable because they've been proven, and they will have incredible depth in which to rely on as they operate that business.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

All right. Evan, maybe a couple of questions for you in terms of NOLs. Could you remind us? I think you've been a little bit vague about it, and that's fine if that's the answer. But you're saying the NOLs will last at least through the next couple of years? Is that what you're saying?

**Evan Levitt** - *HD Supply Holdings, Inc. - SVP, CFO*

Yes, that's right. We've got about $1.9 billion of gross federal net operating loss carry-forwards, so we will not be a significant federal income taxpayer until we generate, cumulatively, $1.9 billion of pre-tax income from third quarter of 2016 forward. While we don't provide guidance beyond the current year, that likely will last us at least a couple or three years.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Got it, okay. Is there any issue with the NOLs? If you decided to spin off one of your divisions or sell another one or something, is there any issue with the NOLs residing in any one of those businesses, or is it a broadly applicable NOL across the (inaudible).

**Evan Levitt** - *HD Supply Holdings, Inc. - SVP, CFO*

The majority of our NOLs are carried at the operating -- the holding company. So they would not be significantly impacted were we to sell one of our businesses. Obviously, if we sell one of our businesses, we may incur a taxable gain, which we would then use the NOLs to offset that taxable gain. But we wouldn't lose the NOLs.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Okay. And then from a capital allocation standpoint, I know you're thinking down the road, and you might still be in the process of thinking about this. But any thoughts on dividend share repurchase, leaning one way or the other at this point?

**Evan Levitt** - *HD Supply Holdings, Inc. - SVP, CFO*

Yes, a good question. So I think our cash flow profile is somewhat under-appreciated in the market. Over the last 12 months, we've generated $413 million of free cash flow, after interest, after taxes, after investment in the business. With some of that capital, capital structure improvements we've made this year, on a go-forward basis, our cash interest cost will be reduced by about $100 million. So on a pro forma basis looking forward, we're generating well over $0.5 billion a year in annual cash, free cash flow.

We are committed to using that cash to pay down debt first, to get inside of our 3 times debt-to-EBITDA leverage target, and we expect to get there by the end of 2017 or early in 2018. And at that point in time, then we'll use our free cash flow to reinvest into the business as well as return cash to shareholders, which likely will include some combination of dividend and share repurchase, or a combination of both. And we will provide more details on what structure we'll use to return cash to shareholders as we get closer.

8

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2016 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



NOVEMBER 09, 2016 / 6:30PM, HDS - HD Supply Holdings Inc at Robert W Baird Global Industrial Conference

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

And I know there's no plan to add a fourth business segment, but within the three you have, are there M&A opportunities, bolt-on deals that you could be doing?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Yes, we look at a number of deals every year, but we're highly disciplined in what we execute, and we haven't executed one in some time. Like you said, unlikely that there will be a fourth leg of the stool. But if there is a bolt-on type acquisition that gives us a new capability, we would be interested in an acquisition like that. It does have to have the right cultural fit. It does have to represent good value for us. And like I said, we do have to be comfortable that it is a new capability that we can then utilize that capability and expand it across our book of business.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

Okay, last question. I'm not sure you'll be able to answer it, but after the shareholders' discussions, can you tell us whether you have or have not had active discussions with them, or is that something you wouldn't be willing to share?

**Joe DeAngelo** - *HD Supply Holdings, Inc. - Chairman, CEO*

Yes, look, we have active discussions with many of our shareholders, and we're always interested in ideas that our shareholders bring to us. The management team and the Board of Directors are committed to enhancing shareholder value, and we'll continue to take actions that advance those objectives. But as a policy, we don't comment on specific discussions with individual shareholders.

**David Manthey** - *Robert W. Baird & Co., Inc - Analyst*

That's fair. All right, that went fast. Thank you, everyone, for joining us. Thanks, Joe and Evan. Appreciate it. (Conference Instructions.)

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2016, Thomson Reuters. All Rights Reserved.

