## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| IN RE HD SUPPLY HOLDINGS, INC. SECURITIES LITIGATION | CONSOLIDATED CASE NO. 1:17-CV-02587-ELR |

## LEAD PLAINTIFFS' UNOPPOSED MOTION FOR: (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated January 30, 2020 ("Stipulation")[1], the accompanying Memorandum of Law, and all other papers and proceedings herein, Lead Plaintiffs City Pension Fund for Firefighters & Police Officers in the City of Miami Beach, Pembroke Pines Pension Fund for Firefighters and Police Officers, and Hollywood Police Officers' Retirement System (collectively, "Lead Plaintiffs") respectfully submit this motion pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order: (i) preliminarily approving the proposed Settlement of the Action which provides for the payment of $50 million to resolve this class action against all Defendants; (ii) certifying the Settlement Class; (iii) approving the form and manner

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation, filed concurrently herewith.

of giving notice to the Settlement Class Members; and (iv) scheduling a Settlement Hearing on final approval of the Settlement and Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses. Defendants do not oppose the relief being sought by this motion.

In support of this Motion, Lead Plaintiffs submit the Memorandum of Law in Support of Lead Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class, attached hereto as Exhibit 1, and the Stipulation and Agreement of Settlement dated January 30, 2020, attached hereto as Exhibit 2. A [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is attached to the Stipulation as Exhibit A.

Respectfully submitted this 31st day of January 2020.

*/s/ Lester R. Hooker*

Maya Saxena
Joseph E. White, III
Lester Hooker
Kathryn W. Weidner
**SAXENA WHITE P.A.**
7777 Glades Rd., Suite 300
Boca Raton, FL 33434
Tel: 561-394-3399
Fax: 561-394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

kathryn@saxenawhite.com

-and-

Steven B. Singer
Joshua H. Saltzman
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: 914.437.8551
Fax: 888.631.3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

*Counsel for Lead Plaintiffs and the Proposed Class*

**LINDSEY & LACY, PC**
W. Thomas Lacy
2002 Commerce Dr. N. Suite 300
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889
tlacy@llptc.com

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
Stuart Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com

3

stu@robertdklausner.com

*Additional Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing all counsel of record.

/s/ Lester R. Hooker
Lester R. Hooker