UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE HD SUPPLY HOLDINGS, INC. SECURITIES LITIGATION | CONSOLIDATED CASE NO. 1:17-CV-02587-ELR |

### LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), and upon (a) the Declarations of Joseph E. White, III, Jed D. Melnick, Jaime Firenze, David J. Frazier, Jr., James Fisher, and David Strauss, in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (c) all other papers and proceedings herein, Lead Plaintiffs City Pension Fund for Firefighters & Police Officers in the City of Miami Beach, Pembroke Pines Pension Fund for Firefighters and Police Officers, and Hollywood Police Officers' Retirement System (collectively, "Lead Plaintiffs"), on behalf of themselves and the Class, hereby move this Court, before the Honorable Eleanor L. Ross, on July 21, 2020 at

9:30 a.m. in the United States District Court for the Northern District of Georgia, Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303-3309, for (1) entry of a Judgment approving the Settlement as fair, reasonable, and adequate, and (2) entry of an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate.

A proposed Judgment and Order granting the requested relief will be submitted with Lead Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class has passed.

Dated: June 16, 2020                              Respectfully submitted,

                                                  /s/ Joseph E. White, III
                                                  
                                                  Maya Saxena
                                                  Joseph E. White, III
                                                  Lester Hooker
                                                  Kathryn W. Weidner
                                                  **SAXENA WHITE P.A.**
                                                  7777 Glades Rd., Suite 300
                                                  Boca Raton, FL 33434
                                                  Tel: 561-394-3399
                                                  Fax: 561-394-3382
                                                  msaxena@saxenawhite.com
                                                  jwhite@saxenawhite.com
                                                  lhooker@saxenawhite.com
                                                  kweidner@saxenawhite.com

                                                           -and-

                                                  Steven B. Singer
                                                  Joshua H. Saltzman

Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: 914.437.8551
Fax: 888.631.3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

**LINDSEY & LACY, PC**
W. Thomas Lacy
2002 Commerce Dr. N. Suite 300
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889
tlacy@llptc.com

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
Stuart Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiffs*

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with 14 point Times New Roman, one of the font and point selections approved by the Court in Local Rule 5.1(c).

                                                 */s/ Joseph E. White, III*
                                                 Joseph E. White, III

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing all counsel of record.

*/s/ Joseph E. White, III*
Joseph E. White, III