# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE HD SUPPLY HOLDINGS, INC. SECURITIES LITIGATION | CONSOLIDATED CASE NO. 1:17-CV-02587-ELR |

## LEAD PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and 23(h), and upon (a) the Declarations of Joseph E. White, III, David J. Frazier, Jr., James Fisher, and David Strauss, in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (II) Lead Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Attorneys' Fees and Litigation Expenses; and (c) all other papers and proceedings herein, Lead Plaintiffs move this Court, before the Honorable Eleanor L. Ross, on July 21, 2020 at 9:30 a.m. in the United States District Court for the Northern District of Georgia, Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303-3309, or at such other location and time as

set by the Court, for entry of an Order awarding attorneys' fees and litigation expenses.

A proposed Order granting the requested relief will be submitted with Lead Plaintiffs' reply papers after the deadline for objecting to the motion has passed.

Dated: June 16, 2020

Respectfully submitted,

*/s/ Joseph E. White, III*

Maya Saxena
Joseph E. White, III
Lester Hooker
Kathryn W. Weidner
**SAXENA WHITE P.A.**
7777 Glades Rd., Suite 300
Boca Raton, FL 33434
Tel: 561-394-3399
Fax: 561-394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
kweidner@saxenawhite.com

-and-

Steven B. Singer
Joshua H. Saltzman
Sara DiLeo
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: 914.437.8551
Fax: 888.631.3611
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

**LINDSEY & LACY, PC**
W. Thomas Lacy
2002 Commerce Dr. N. Suite 300
Peachtree City, GA 30269
Telephone: (770) 486-8445
Facsimile: (770) 486-8889
tlacy@llptc.com

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

**KLAUSNER KAUFMAN JENSEN & LEVINSON**
Robert D. Klausner
Stuart Kaufman
7080 Northwest 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiffs*

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with 14 point Times New Roman, one of the font and point selections approved by the Court in Local Rule 5.1(c).

*/s/ Joseph E. White, III*
Joseph E. White, III

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing all counsel of record.

*/s/ Joseph E. White, III*
Joseph E. White, III